SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA

Rev. Earnest Lee Hobley
413 Longfellow Street, N.W.
Washington, D.C. 20011

      Plaintiff

Vs.

KFC Properties, Inc.
Greg Dedrick, President (Served)
1441 Gardnier Lane
Louisville, Kentucky 40213

      Defendant

Civil Action No. 05-0006129

RECEIVED
CIVIL CLERK'S OFFICE
AUG 0 3 2005
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

## COMPLAINT

1. Plaintiff brings this action under the Civil Rights Act against deceit, libel, and slander governed under the "Other Civil Rights" (non-employment) listed in the "L" section (440 Other Civil Rights) as listed on the JS-44 Civil Cover Sheet, rev. 2/01 DC.

2. Jurisdiction of this Court is provided pursuant to D.C. Code Sec. 2-1403.16 and 11-921 (1981) since the defendant does business in D.C., Plaintiff worked in this jurisdiction and the acts complained of took place in this jurisdiction.

3. Venue is appropriate since defendant does business in D.C., Plaintiff worked in this jurisdiction and the acts complained of took place in this jurisdiction.

## PARTIES

4. Plaintiff, Rev. Earnest Lee Hobley is a 48-year-old African American male who resides in Washington, D.C.

5. Defendant, Kentucky Fried Chicken U. S. Properties, Inc. is a for-profit company that operates as chain of fast foods restaurants in the metropolitan Washington, D. C. area.

05 1708

FILED
AUG 2 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## FACTS

6. On August 8, 2004, at a status conference held before the honorable Judge Rosemary M. Collyer, KFC's attorney Eric J. Pelton made slanderous and libelous comments regarding the plaintiff, Rev. Earnest L. Hobley. Attorney Pelton stated, "KFC could sue the plaintiff" (Rev. Hobley) for conversion of funds. By making that statement, Mr. Pelton insinuated that Rev. Hobley was guilty of stealing funds from KFC, a charge of which Rev. Hobley was found innocent.

7. On August 20, 2004 KFC's attorney, Mr. Eric J. Pelton deliberately made false statements in their Motion For Reconsideration by claiming that the plaintiff, Rev. Hobley's case is "indistinguishable" from the Fleck and Morgan case they cited as a point of authority. In the Fleck and Morgan case, Fleck and Morgan were *guilty* of the employer's allegations. The plaintiff, Rev. Hobley was found *innocent* of his employer's allegations. Again, Mr. Pelton insinuated that the plaintiff, Rev. Hobley was guilty by citing as a point of authority an "indistinguishable" case where the employee was found *guilty* of the charge.

8. In their Appellee's Brief on Appeal filed on June 10, 2005, KFC's attorneys, Mr. Eric J. Pelton and Noel D. Massie again stated that Rev. Hobley's case is "indistinguishable" from the Fleck, Morgan, and Aspero cases they cited. This was Attorney Pelton's and Massie's further insinuation that Rev. Hobley was guilty of his former employer's allegation regarding theft.

9. It is apparent that KFC seeks to discredit the plaintiff, Rev. Earnest Lee Hobley's relationship with his Lord and Savior, Jesus Christ, as well as his impeccable reputation as an ordained Christian minister, former United States Army chaplain, and state chaplain in order to deprive the plaintiff, Rev. Earnest Hobley from seeking due process of the law, simply because of his pro se representation and to stop the plaintiff from exercising his constitutional right to equitable relief in a court of competent jurisdiction.

## NATURE OF CLAIM

10. The nature of claim is based upon, deceit, libel, and slander governed under the Civil Rights" (non-employment) listed in the "L" section (440 Other Civil Rights) as listed on the JS-44 Civil Cover Sheet, rev. 2/01 DC.

## REMEDY REQUESTED

WHEREFORE, Plaintiff requests this Court to grant him the following relief:

1. Direct that defendant compensates the Plaintiff for pain and suffering damages that he suffered because of deceit, libel, and slander; and

2. Direct that defendant compensate the Plaintiff for punitive damages for their deceit, libel, and slander; and

3. Direct that defendant compensate Plaintiff's attorney for reasonable attorney's fees and reimburse Plaintiff for costs that he incurred in being forced to bring this action for deceit, libel, and slander; and

4. Grant such additional relief as the Court deems just and proper, and Wherefore, the premises considered, the Plaintiff demands judgment against the Defendant in the amount of $500,000,000.000.

## JURY DEMANDS

Plaintiff demands a trial by jury.

Respectfully Submitted,

*pro se* Rev. Earnest Lee Hobley
413 Longfellow St, N.W.
Wash., D.C. 20011
(301) 464-9751
(301) 237-3564